UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-553-RJC-DSC

| | |
|---|---|
| STAYSHA FISHER and CHRISTA KISSER, on behalf of themselves and all other similarly situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>GEORGE MACK PATTERSON, II, P&A MANAGEMENT, INC., PRARIE PIZZA, INC., TEAM LINCOLNTON, INC., MOUNTAINEER PIZZA, LLC, and MJM PIZZA, LLC,<br><br>Defendants. | ORDER OF SETTLEMENT |

**THIS MATTER IS BEFORE THE COURT** on the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice ("Joint Motion") (Doc. No. 30). "To approve an FLSA settlement, the court must determine whether it is a fair and reasonable compromise of disputed claims and issues arising from a *bona fide* dispute raised pursuant to the FLSA." Kirkpatrick v. Cardinal Innovations Healthcare Sols., 352 F. Supp. 3d 499, 502 (M.D.N.C. 2018). The Court has considered the Joint Motion, the pleadings, other filings in this matter, and the representations of counsel, and makes the following findings:

1. Plaintiffs filed this action seeking, among other things, alleged unpaid overtime and other compensation pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 203 et seq., and the North Carolina Wage and Hour Act ("NCWHA"), N.C. Gen. Stat. §§ 95-25.1 et seq.

1

2. A *bona fide* dispute exists between the parties as to the amount of compensation, if any, due to Plaintiffs. Based on the pleadings and the proposed Settlement Agreements, the parties have a *bona fide* dispute over whether Defendants owe Plaintiffs wages. The parties have engaged in extensive discovery on this question and have litigated and negotiated at arms-length. (Doc. No. 30).

3. The Parties are each represented by counsel and have agreed to a settlement and compromise of all claims between them. (Doc. No. 30).

4. Upon review, the Court finds that the executed Settlement Agreements, (Doc. No. 29 Exs. A and B), are fair to the parties and are reasonable, and therefore merit the approval of this Court.

5. The executed Settlement Agreements dispose of the dispute and all claims and causes of action between the Parties.

**IT IS THEREFORE ORDERED** that the Parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (Doc. No. 30) is **GRANTED** and the settlement between them set forth in the Settlement Agreements are **APPROVED**.

**IT IS FURTHER ORDERED** that this matter is hereby **DISMISSED with prejudice**.

**SO ORDERED**.

Signed: May 3, 2021

*[Signature]*

Robert J. Conrad, Jr.
United States District Judge